NO. 07-03-0073-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 13, 2003

______________________________

MARTIN B. JONES, M.D., APPELLANT

V.

TEMPLETON, SMITHEE, HAYES, FIELDS, YOUNG & HEINRICH,

AND JOE W. HAYES, INDIVIDUALLY, APPELLEES

_________________________________

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NO. 88,059-B; HONORABLE VANN CULP, JUDGE

_______________________________

Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION
(footnote: 1)
 Appellant Martin B. Jones, M.D. filed a notice of appeal challenging the trial court’s summary judgment in favor of appellees Templeton, 
et al.
, and Joe W. Hayes, individually.  Pending before this Court is an agreed motion to dismiss the appeal by which the parties represent that they have executed a settlement agreement disposing of all issues.  

Without passing on the merits of the case, pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure we grant the motion and dismiss the appeal.  Having dismissed the appeal at the request of all parties no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis

        Justice

FOOTNOTES
1:
Tex. R. App. P. 47.2(a).